*RECP # 150362  CK # 3007*

# DIVIDENDS REMITTED TO THE COURT
Check Number 3007 Dated 05/26/10
Case Number 09-12914 - LOVE, CHRISTOPHER C

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Lake Hospital System<br>P.O. Box 714110<br>Columbus, OH 43271-4110 | 000002 | 45.00 | 0.87 |
| ----------- Remittance Total --------------- | | 45.00 | 0.87 |

*[signature]*

SHELDON STEIN, BANKRUPTCY TRUSTEE

FILED 2010 JUN -1 AM 10:09 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND